Writ of Mandamus Denied, Opinion issued October 29 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

---

### No. 05-12-01286-CV

---

### IN RE ALICE LONGFELLOW, ET AL., Relators

---

**Original Proceeding from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-02900**

---

## MEMORANDUM OPINION

Before Justices Morris, Richter, and Lang-Miers
Opinion by Justice Morris

Relators contend the trial judge erred in denying their motion to expunge lis pendens and plea to the jurisdiction. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relators' petition for writ of mandamus.

JOSEPH B. MORRIS
JUSTICE

121286F.P05